UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
BRANDON SALUS and ALAN FELIX
IPANAQUE CORDOVA on behalf of
themselves and others similarly situated,

INDEX NO: 07cv03142-GBD-DCF

Plaintiffs,

AFFIDAVIT OF SERVICE

v.

TSE GROUP LLC d/b/a B.B. KING BLUES
CLUB AND GRILL and TSION
BENSUSAN

Defendants.
-----------------------------------------------------------x

STATE OF NEW YORK: COUNTY OF NEW YORK    ss:

I, SAMUEL W. GOLDBERG, being duly sworn depose and say deponent is not a party to this action, I am a United States Citizen and, I am over the age of eighteen years and reside in the state of New York. That on May 2, 2007 at 8:15 p.m. at 237 W. 42nd STREET, NEW YORK, NY 10036, recipients BUSINESS OFFICE deponent served the within AMENDED SUMMONS AND AMENDED COMPLAINT WITH JURY DEMAND on TSE GROUP LLC d/b/a B.B. KING BLUES CLUB AND GRILL and TSION BENSUSAN therein named.

CORPORATION: a corporation by delivering thereat a true copy of each to ANTHONY COSENZA personally, deponent knew said corporation so served to be the corporation described in legal papers and knew said individual to be the AGENT FOR SERVICE OF PROCESS authorized agent thereof.

DESCRIPTION: Deponent further states that the description of the person actually served is as follows:
Gender: Male        Race: Caucasian        Approx. Age: 35        Approx. Height: 6'3"
Approx. Weight: 225

COMMENTS: I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

*[signature]*
Samuel W. Goldberg
636 E. 11th Street, Apt. 2A
New York, NY 10009
(301) 233-1843

5/03/07
Executed on:

Subscribed and sworn to before me, a notary public, on this 3rd day of May, 2007.

_____
Notary Public                            My Commission Expires:

EILEEN MANNING
Notary Public, State of New York
No. 01MA6027284
Qualified in Queens County
Commission Expires June 28, 2007