D. Maimon Kirschenbaum (DK-2338)
Charles E. Joseph (CJ-9442)
JOSEPH & HERZFELD LLP
757 Third Avenue
25th Floor
New York, NY 10017
Tel: (212) 688-5640
Fax: (212) 688-2548

Eric B. Kingsley*
Kingsley & Kingsley
16133 Venture Blvd., Suite 1200
Encino, CA 91436
Tel. (818) 990-8300
Fax (818) 990-2903
* Seeking Admission *Pro Hac Vice*

*Attorneys for Plaintiffs and proposed
collective action and class action members*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
**BRANDON SALUS and ALAN FELIX IPANAQUE CORDOVA on behalf of themselves and others similarly situated,**

                **Plaintiffs,**

    **v.**

**TSE GROUP LLC d/b/a B.B. KING BLUES CLUB AND GRILL and TSION BENSUSAN**

                **Defendants.**
-----------------------------------------------------------x

INDEX NO: 07cv03142-GBD-DCF

**NOTICE OF FILING CONSENT TO SUE**

## PLAINTIFF'S MAY 9, 2007 NOTICE OF FILING CONSENTS

Pursuant to 29 U.S.C. § 216(b), the following individual(s) hereby submit a written notice of consent:

1. Brandon Ruckdashel

        Respectfully submitted,

        JOSEPH & HERZFELD, LLP

        By: _____/s/_____
            D. Maimon Kirschenbaum
        757 Third Ave, 25th Fl.
        New York, NY 10017
        Tel: (212) 688-5640
        Fax: (212) 688-2548

## CONSENT TO SUE UNDER
## FEDERAL FAIR LABOR STANDARDS ACT

      I am an employee currently or formerly employed by TSE Group LLC, B.B. King Bar and Grill and/or related entities. I consent to be a plaintiff in an action to collect unpaid wages. I agree that I am bound by the terms of the Professional Services Agreement signed by the named plaintiffs in this case.

_Brandon Ruckdashel_
Full Legal Name (Print)

_Brandon Ruckdashel_
Signature

_5/9/07_
Date

## CERTIFICATE OF SERVICE

      A copy of Plaintiff's May 9, 2007 Notice of Filing Consents was served on defendants in accordance with Federal and Local Rules of Civil Procedure.

                                                      /s/
                                      D. Maimon Kirschenbaum