D. Maimon Kirschenbaum (DK-2338)
Charles E. Joseph (CJ-9442)
JOSEPH & HERZFELD LLP
757 Third Avenue
25th Floor
New York, NY 10017
Tel: (212) 688-5640
Fax: (212) 688-2548

Eric B. Kingsley*
Kingsley & Kingsley
16133 Venture Blvd., Suite 1200
Encino, CA 91436
Tel. (818) 990-8300
Fax (818) 990-2903
* Seeking Admission *Pro Hac Vice*

*Attorneys for Plaintiffs and proposed
collective action and class action members*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x

**BRANDON SALUS and ALAN FELIX
IPANAQUE CORDOVA on behalf of
themselves and others similarly situated,**

INDEX NO: 07cv03142-GBD-DCF

**NOTICE OF FILING CONSENT
TO SUE**

              **Plaintiffs,**

v.

**TSE GROUP LLC d/b/a B.B. KING BLUES
CLUB AND GRILL and TSION
BENSUSAN**

              **Defendants.**
------------------------------------------------------------x

### PLAINTIFF'S MAY 22, 2007 NOTICE OF FILING CONSENTS

Pursuant to 29 U.S.C. § 226(b), the following individual(s) hereby submit a written notice of consent:

1. Nina Carpenter

              Respectfully submitted,

              **JOSEPH & HERZFELD, LLP**

              By: _____/s/_____
                  D. Maimon Kirschenbaum
              757 Third Ave, 25th Fl.
              New York, NY 10017
              Tel: (212) 688-5640
              Fax: (212) 688-2548

## CONSENT TO SUE UNDER
## FEDERAL FAIR LABOR STANDARDS ACT

      I am an employee currently or formerly employed by TSE Group LLC, B.B. King Bar and Grill and/or related entities. I consent to be a plaintiff in an action to collect unpaid wages. I agree that I am bound by the terms of the Professional Services Agreement signed by the named plaintiffs in this case.


Nina Carpenter
Full Legal Name (Print)

*/s/ Nina Carpenter*
Signature

5/22/07
Date

## CERTIFICATE OF SERVICE

     A copy of Plaintiffs' May 22, 2007 Notice of Filing Consents was served on defendants in accordance with Federal and Local Rules of Civil Procedure.

 

                                                _____/s/_____
                                                D. Maimon Kirschenbaum