UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

BRANDON SALUS, ALAN FELIX
IPANAQUE CORDOVA, and BRANDON
RUCKDASHEL, on behalf of themselves and
others similarly situated,

                Plaintiffs,

- against -

TSE GROUP LLC d/b/a B.B. KING BLUES
CLUB AND GRILL and TSION
BENSUSAN

                Defendants.

------------------------------------------------------------x

Civil Action No.: 07 Civ. 03142 (GBD)(DCF)

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Heller Ehrman LLP, in its capacity as counsel representing Defendants TSE Group LLC d/b/a B.B. King Blues Club and Grill and Tsion Bensusan in this action, hereby enters its appearance and requests that copies of all papers be served upon the person named below at the address, telephone and facsimile numbers indicated.

    Kenneth Kirschner, Esq.
    kenneth.kirschner@hellerehrman.com
    HELLER EHRMAN LLP
    7 Times Square
    New York, NY 10036
    Telephone: (212) 847-8569
    Facsimile: (212) 763-7600

DATED: New York, New York
          May 31, 2007

HELLER EHRMAN LLP

By: _____
    Kenneth Kirschner (KK-0252)
    Eric Raphan (ER-8339)
    7 Times Square
    New York, NY 10036
    Telephone: (212) 832-8300
    Facsimile: (212) 763-7600
    Attorneys for Defendants

To: D. Maimon Kirschenbaum, Esq.
Joseph & Herzfeld LLP
757 Third Avenue
25th Floor
New York, New York 10017

To: Eric B. Kigsley
Kingsley & Kingsley
16133 Venture Blvd., Suite 1200
Encino, CA 94136