UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

BRANDON SALUS, ALAN FELIX
IPANAQUE CORDOVA, and BRANDON
RUCKDASHEL, on behalf of themselves and
others similarly situated,

       Plaintiffs,

 - against -

TSE GROUP LLC d/b/a B.B. KING BLUES
CLUB AND GRILL and TSION
BENSUSAN

       Defendants.

------------------------------------------------------------x

Civil Action No.: 07 Civ. 03142 (GBD)(DCF)

**FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, defendant TSE Group LLC d/b/a B.B. King Blues Club and Grill, by and through its attorneys, states that it has no parent corporation and there is no publicly-held corporation that holds 10% or more of its stock.

DATED: New York, New York
    May 31, 2007

HELLER EHRMAN LLP

By: _____
Kenneth Kirschner (KK-0252)
Eric Raphan (ER-8339)
7 Times Square
New York, NY 10036
Telephone: (212) 832-8300
Facsimile: (212) 763-7600
Attorneys for Defendants