UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
BRANDON SALUS, ALAN FELIX
IPANAQUE CORDOVA, and BRANDON
RUCKDASHEL on behalf of themselves and
others similarly situated,

INDEX NO: 07cv03142-GBD-DCF

CERTIFICATE OF SERVICE

        Plaintiffs,

  v.

TSE GROUP LLC d/b/a B.B. KING BLUES
CLUB AND GRILL and TSION
BENSUSAN

        Defendants.
--------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on May 30, 2007, he caused a true and correct copy of the Second Amended Complaint upon Eric D. Raphan, Esq., attorney for all Defendants, authorized to accept service on behalf of all Defendants, by hand delivery, at the address below:

    Eric D. Raphan, Esq.
    Heller Ehrman LLP
    Times Square Tower
    7 Times Square
    New York, NY 10036-6524

                                            _____/s/ D. Maimon Kirschenbaum
                                                D. Maimon Kirschenbaum (DK-2338)

                                            Joseph & Herzfeld LLP
                                            757 Third Avenue
                                            25th Floor
                                            New York, NY 10017
                                            (212) 688-5640
                                            (212) 688-2548 (fax)

                                            *Attorneys for Plaintiff, proposed collective*
                                            *action members and proposed class*