

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

BRANDON SALUS, and ALAN FELIX
IPANAQUE CORDOVA, on behalf of
themselves and others similarly situated,

INDEX NO: 07cv03142-GBD-DCF

                                                FLSA COLLECTIVE ACTION AND
            Plaintiffs,                          RULE 23 CLASS ACTION

v.

TSE GROUP LLC d/b/a B.B. KING BLUES
CLUB AND GRILL and TSION BENSUSAN

           Defendants.
---------------------------------------------------------------x

## STIPULATION TO AMEND COMPLAINT

IT IS HEREBY STIPULATED AND AGREED, by and between the Parties in the above captioned action, that

    a.        Plaintiffs may file and serve the attached Second Amended Complaint in the above-captioned matter.

    b.        Defendants' undersigned counsel is authorized to accept service by regular mail for all named Defendants.



    c.      Defendants shall have thirty (30) days from service of the Second Amended Complaint to answer, move or otherwise respond thereto.

Dated: New York, New York
       May 16, 2007

| JOSEPH & HERZFELD LLP | HELLER EHRMAN LLP |
|---|---|
| By: _/s/_ D. Maimon Kirschenbaum (DK-2338)<br>Charles E. Joseph (CJ-9442)<br><br>757 Third Avenue, 25th Floor<br>New York, New York 10017<br>(212) 688-5640<br>(212) 688-2548 (fax)<br><br>*Attorneys for Plaintiffs, the FLSA Collective Plaintiffs and the proposed Class* | By: _/s/_ Kenneth Kirschner (KK-0252)<br>Eric D. Raphan (ER-8339)<br><br>Times Square Tower<br>7 Times Square<br>New York, NY 10036<br>(212) 832-8300<br>(212) 763-7600 (fax)<br><br>*Attorneys for Defendants* |

MAY 3 1 2007

SO ORDERED: _/s/ George B. Daniels_
Honorable George B. Daniels
GEORGE B. DANIELS