# CONSENT TO SUE UNDER
# FEDERAL FAIR LABOR STANDARDS ACT

    I am an employee currently or formerly employed by TSE Group LLC, B.B. King Bar and Grill and/or related entities. I consent to be a plaintiff in an action to collect unpaid wages. I agree that I am bound by the terms of the Professional Services Agreement signed by the named plaintiffs in this case.

*Laura Elizabeth Ganzero*
Full Legal Name (Print)

*/s/ Laura E. Ganzero*
Signature

06/21/07
Date