**EXHIBIT B**

## CONSENT TO SUE UNDER
## FEDERAL FAIR LABOR STANDARDS ACT

      I am an employee currently or formerly employed by TSE Group LLC, B.B. King Bar and Grill, Tsion Bensusan and/or related entities. I consent to be a plaintiff in an action to collect unpaid wages. I agree that I am bound by the terms of the Professional Services Agreement signed by the named plaintiffs in this case.

_____

Full Legal Name (Print)

_____

Signature

_____

Date