D. Maimon Kirschenbaum (DK-2338)
Charles E. Joseph (CJ-9442)
JOSEPH & HERZFELD LLP
757 Third Avenue
25th Floor
New York, NY 10017
Tel: (212) 688-5640
Fax: (212) 688-2548

*Attorneys for Plaintiffs and proposed
collective action and class action members*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
BRANDON SALUS, ALAN FELIX
IPANAQUE CORDOVA, and BRANDON
RUCKDASHEL on behalf of themselves and
others similarly situated,

INDEX NO: 07cv03142-GBD-DCF

Plaintiffs,

FLSA COLLECTIVE ACTION AND
RULE 23 CLASS ACTION

v.

TSE GROUP LLC d/b/a B.B. KING BLUES
CLUB AND GRILL and TSION BENSUSAN

Defendants.
---------------------------------------------------------------x

### DECLARATION OF NINA CARPENTER

I, Nina Carpenter, under penalty of perjury, swear/affirm as follows:

1. My name is Nina Carpenter.

2. I was employed by TSE Group as a server at B.B. King Blues Club ("B.B. King") for three months in the summer of 2006.

3. Throughout my employment with B.B. King, I consistently noticed that I was not paid for all time worked in a given pay period.

4. B.B. King keeps track of hourly employees' time through an electronic "clock-in" and "clock-out" system. Employees clock in when they arrive at work and clock out when they finish working. Nevertheless, at the end of each week, I am consistently paid for significantly less hours than I clocked in for that pay period. A substantial amount of this time is overtime (hours that I worked in excess of forty hours in a workweek) and should have been paid at one and a half times my regular rate.

5. I was informed by B.B. King's management that its practice is to charge an employee for a customer's bill when that customer does not pay his bill. For example, when a customer walks out without paying his bill (a "walk-out"), the restaurant forces the waiter to pay for the customer's bill.

6. I myself was a victim, as I was forced to pay about $80 out of my nightly tips to cover for a walk-out. I also noticed other servers being charged for walk-outs as well.

7. When I began working at B.B. King, I was told by B.B. King management that it was B.B. King's practice not to pay servers for their first four or five shifts. I was not paid at all for my first four or five shifts.

I swear/affirm, under penalty of perjury, that the above and foregoing information is true and correct.

Dated: June 25, 2007

/s/ Nina Carpenter
Nina Carpenter

2