D. Maimon Kirschenbaum (DK-2338)
Charles E. Joseph (CJ-9442)
JOSEPH & HERZFELD LLP
757 Third Avenue
25th Floor
New York, NY 10017
Tel: (212) 688-5640
Fax: (212) 688-2548

*Attorneys for Plaintiffs and proposed
collective action and class action members*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
BRANDON SALUS, ALAN FELIX
IPANAQUE CORDOVA, and BRANDON
RUCKDASHEL on behalf of themselves and
others similarly situated,

INDEX NO: 07cv03142-GBD-DCF

　　　　　　　Plaintiffs,　　　　　　　FLSA COLLECTIVE ACTION AND
　　　　　　　　　　　　　　　　　　　RULE 23 CLASS ACTION

v.

TSE GROUP LLC d/b/a B.B. KING BLUES
CLUB AND GRILL and TSION BENSUSAN

　　　　　　　Defendants.
-------------------------------------------------------x

## DECLARATION OF ALAN FELIX IPANAQUE CORDOVA

I, Alan Felix Ipanaque Cordova, under penalty of perjury, swear/affirm as follows:

1. My name is Alan Felix Ipanaque Cordova.

2. I was employed by TSE Group as a server at B.B. King Blue Club ("B.B. King") within the last three years.

3. When I worked in excess of 40 hours per week at B.B. King, I was not paid an overtime premium. This is reflected on my attached paystubs.

4.  When I began working at B.B. King, I was not paid at all for my first four or five shifts.

5.  I frequently worked in excess of 10 hours a day. I did not receive New York's "spread of hours" pay for those days.

6.  B.B. King keeps track of hourly employees' time through an electronic "clock-in" and "clock-out" system. Employees clock in when they arrive at work and clock out when they finish working. Nevertheless, at the end of each week, I am consistently paid for significantly less hours than I clocked in for that pay period. A substantial amount of this time is overtime (hours that I worked in excess of forty hours in a workweek) and should have been paid at one and a half times my regular rate.

7.  B.B. King often charges mandatory gratuities to customers for private parties. When I worked at such private parties, I did not receive any portion of those gratuities.

8.  I was recently informed by a current B.B. King employee that the company had offered to pay her an amount of money as reimbursement for the $5 that was deducted from her paychecks for porters' pay. To receive the money, she was required to sign a release form purporting to release the company from any claims that the employee may have against it.

I swear/affirm, under penalty of perjury, that the above and foregoing information is true and correct.

Dated: June 25, 2007

Alan Felix Ipanaque Cordova

2

**TSE GROUP LLC**  CK.# 42983

| LVL | DEPT | NAME | SSC | PAY PERIOD | CK DATE |
|---|---|---|---|---|---|
| 116 | 10 | ALAN IPANAQUE | | 01/28/07 | 02/02/07 |

| HOURS | | EARNINGS | | | DEDUCTIONS | |
|---|---|---|---|---|---|---|
| REG | O.T. | TYPE | RATE | AMOUNT | TYPE | AMOUNT |
| 35.50 | | REG PAY | 4.6000 | 163.30 | | |
| 6.00 | | TIPS CC | 20.0000 | 120.00 | | |
| | | TIPS CC | | 481.12 | | |
| | | MISC | | -5.00 | | |

| | GROSS | FICA | FED | STATE | LOCAL | SUI/SDI | TOTAL DED | NET PAY |
|---|---|---|---|---|---|---|---|---|
| CURRENT | 759.42 | 58.09 | 79.47 | 32.56 | 19.77 | 0.60 | 190.49 | 568.93 |
| YTD | 2089.56 | 159.84 | 190.32 | 75.73 | 46.91 | 2.40 | | |

EXEMPT S 2