D. Maimon Kirschenbaum (DK-2338)
Charles E. Joseph (CJ-9442)
JOSEPH & HERZFELD LLP
757 Third Avenue
25th Floor
New York, NY 10017
Tel: (212) 688-5640
Fax: (212) 688-2548

*Attorneys for Plaintiffs and proposed
collective action and class action members*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
BRANDON SALUS, and ALAN FELIX
IPANAQUE CORDOVA, on behalf of
themselves and others similarly situated,

INDEX NO: 07cv03142-GBD-DCF

Plaintiffs,

FLSA COLLECTIVE ACTION AND
RULE 23 CLASS ACTION

v.

TSE GROUP LLC d/b/a B.B. KING BLUES
CLUB AND GRILL and TSION BENSUSAN

Defendants.
-----------------------------------------------------------x

## DECLARATION OF BRANDON SALUS

I, Brandon Salus, under penalty of perjury, affirm as follows:

1. My name is Brandon Salus.

2. I was employed by TSE Group as a server at B.B. King Blues Club ("B.B. King") from December 2006 until March 2007.

3. I was informed by B.B. King's management that its practice is to charge an employee for a customer's bill when that customer does not pay his bill. For example, when a customer walks out without paying his bill (a "walk-out"), the restaurant forces the waiter to pay for the customer's bill.

4. I myself was a victim of this practice. On one occasion, I was forced to pay $244.90 out of my weekly pay to cover for a walk-out. The walk-out deduction is reflected on my attached paystubs; $200 was deducted from my pay and tips in the first week, and the second week BB King deducted the remaining $44.90. I also noticed other servers being charged for walk-outs as well.

I affirm, under penalty of perjury, that the above and foregoing information is true and correct.

Dated: New York, New York
June 21, 2007

_____
Brandon Salus

2

**TSE GROUP LLC**  CK.# 43421

| EMP.# | DEPT. | NAME | S.S.C.# | PAY PERIOD | CHK DATE |
|---|---|---|---|---|---|
| S147 | 10 | BRANDON SALUS | ███████ | 02/18/07 | 02/23/07 |

| HOURS | | EARNINGS | | | DEDUCTIONS | |
|---|---|---|---|---|---|---|
| REG. | O.T. | TYPE | RATE | AMOUNT | TYPE | AMOUNT |
| 22.75 | | REG PAY<br>TIPS CC<br>REG PAY<br>MISC | 4.6000 | 104.65<br>126.88<br>-200.00<br>-5.00 | | |

| | GROSS | F.I.C.A. | FED. | STATE | LOCAL | SUI/SDI | TOTAL DED. | NET PAY |
|---|---|---|---|---|---|---|---|---|
| CURRENT | 26.53 | 2.02 | | | | 0.13 | 2.15 | 24.38 |
| YTD | 3724.85 | 284.94 | 385.41 | 133.09 | 83.67 | 4.33 | | |

**TSE GROUP LLC**  CK.# 43557

| EMP.# | DEPT. | NAME | S.S.C.# | PAY PERIOD | CHK DATE |
|---|---|---|---|---|---|
| S147 | 10 | BRANDON SALUS | ███████ | 02/25/07 | 03/02/07 |

| HOURS | | EARNINGS | | | DEDUCTIONS | |
|---|---|---|---|---|---|---|
| REG. | O.T. | TYPE | RATE | AMOUNT | TYPE | AMOUNT |
| 16.25 | | REG PAY<br>TIPS CC<br>MISC<br>MISC | 4.6000 | 74.75<br>126.88<br>-44.90<br>-5.00 | | |

| | GROSS | F.I.C.A. | FED. | STATE | LOCAL | SUI/SDI | TOTAL DED. | NET PAY |
|---|---|---|---|---|---|---|---|---|
| CURRENT | 151.73 | 11.61 | 3.54 | | 0.69 | 0.60 | 16.44 | 135.29 |
| YTD | 3876.58 | 296.55 | 388.95 | 133.09 | 84.36 | 4.93 | | |

EXEMPT S 1