D. Maimon Kirschenbaum (DK-2338)
Charles E. Joseph (CJ-9442)
JOSEPH & HERZFELD LLP
757 Third Avenue
25th Floor
New York, NY 10017
Tel: (212) 688-5640
Fax: (212) 688-2548

Eric B. Kingsley*
Kingsley & Kingsley
16133 Venture Blvd., Suite 1200
Encino, CA 91436
Tel. (818) 990-8300
Fax (818) 990-2903
* Seeking Admission *Pro Hac Vice*

*Attorneys for Plaintiffs and proposed
collective action and class action members*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x

**BRANDON SALUS, ALAN FELIX
IPANAQUE CORDOVA, and BRANDON
RUCKDASHEL on behalf of themselves and
others similarly situated,**

Index No. 07cv03142-GBD-DCF

**Plaintiffs,**

v.

**TSE GROUP LLC d/b/a B.B. KING BLUES
CLUB AND GRILL and TSION
BENSUSAN**

**Defendants.**
-----------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on June 26, 2007, he caused a true and correct copy of the Plaintiff's Motion for Conditional Collective Certification, Court Facilitation of Notice Pursuant to 29 U.S.C. § 216(b), and a Protective Order, supporting

memorandum of law, attached exhibits and appendix of unpublished cases to be served by CM/ECF upon the counsel of record listed below:

Kenneth Kirschner, Esq.
Eric D. Raphan, Esq.
HELLER EHRMAN LLP
Times Square Tower
7 Times Square
New York, NY 10036

By: /s/ D. Maimon Kirschenbaum
D. Maimon Kirschenbaum (DK-2338)

Joseph & Herzfeld LLP
757 Third Avenue
25th Floor
New York, NY 10017
Tel: (212) 688-5640
Fax: (212) 688-2548

*Attorneys for Plaintiff, proposed collective action members and proposed class*