UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

BRANDON SALUS, on behalf of himself and
others similarly situated,

              Plaintiffs,                07cv03142(GBD)

     -against-

TSE Group LLC d/b/a B.B. Kind Blues Club    **CIVIL CASE MANAGEMENT**
and Grill,                                 **PLAN AND SCHEDULING ORDER**

              Defendants.
-------------------------------------------------------------x

      After consultation with counsel for the parties, the following Case Management Plan is adopted. This plan is also a scheduling order pursuant to Rules 16 and 26(f) of the Federal Rules of Civil Procedure.

1.  No **additional parties** may be joined after **November 6, 2007.**

2.  No **amendment** to the pleadings will be permitted after **November 6, 2007.**

3.  Except for good cause shown, all **discovery** shall be commenced in time to be completed by **February 5, 2008.** The discovery completion date shall not be adjourned except upon a showing of extraordinary circumstances.

4.  **Dispositive motions** are to be served by **March 5, 2008,** or four weeks after the close of discovery, whichever is later. Answering papers are to be served within 14 days. Reply papers are to be served within seven (7) days. In the event a dispositive motion is made, the date for submitting the Joint Pretrial Order shall be changed from that shown herein to three (3) weeks from the decision on the motion.

5.  A **final pretrial conference** will be held on **April 1, 2008 at 9:30 a.m.**

6.  The **Joint Pretrial Order** shall be filed no later than **March 26, 2008.** The requirements for the pretrial order and other pretrial submissions shall be governed by the Courts Individual Rules of Practice.

7.  **All motions and applications** shall be governed by the Court's Individual Rules of Practice.

8. The parties shall be **ready for trial** on 48 hours notice on or after **May 6, 2008**, The estimated trial time is 8 days, and this is a (jury) (non-jury) trial.

9. The **Next Case Management Conference** will be held on **January 8, 2008 at 9:30 a.m.**

Dated: July 10, 2007
      New York, New York

                                  SO ORDERED:

                                            _____
                                              GEORGE B. DANIELS
                                            United States District Judge

_____
Attorney for Plaintiff

_____
Attorney for Defendant