UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

BRANDON SALUS, ALAN FELIX
IPANAQUE CORDOVA, and BRANDON
RUCKDASHEL, on behalf of themselves and
others similarly situated,

                      Plaintiffs,

- against -

TSE GROUP LLC d/b/a B.B. KING BLUES
CLUB AND GRILL and TSION
BENSUSAN

                      Defendants.

------------------------------------------------------------x

Civil Action No.: 07 Civ. 03142
(GBD)(DCF)

**DECLARATION OF**
**JONATHAN STOLER, ESQ.**

      I, Jonathan Stoler, Esq., hereby declare under the penalty of perjury pursuant to 28 U.S.C. 1746 that the following is true and correct:

      1.     I am a shareholder in the firm of Heller Ehrman LLP, attorneys for Defendants TSE Group LLC d/b/a B.B. King's Blues Club and Grill and Tsion Bensusan (collectively, "Defendants"). I submit this declaration in support of Defendants' Memorandum of Law in Opposition to Plaintiffs' Motion for Conditional Collective Certification, Court Facilitation of Notice Pursuant to 29 U.S.C. §216(b) and a Protective Order and to place before this Court true and correct copies of certain documents. I am fully familiar with the facts set forth herein.

      2.     Annexed hereto as Exhibit A is a true and correct copy of the Second Amended Complaint filed by Brandon Salus, Alan Felix Ipanaque Cordova and Brandon Ruckdashel with this Court on or about May 30, 2007.

      3.     Annexed hereto as Exhibit B is a true and correct copy of Defendants' Answer to the Second Amended Complaint, which was filed with this Court on or about June 29, 2007.

4.  Annexed hereto as Exhibit C is a true and correct copy of Defendants' proposed Notice of Pendency of FLSA Lawsuit.

5.  Annexed hereto as Exhibit D is a true and correct of Defendants' proposed Consent to Sue Under Federal Fair Labor Standards Act.

Dated: July 16, 2007

_____
Jonathan Stoler (JS-7494)

NY 745334 v1
7/16/07 10:14 AM (44405.0001)