# Exhibit D

# CONSENT TO SUE UNDER
# FEDERAL FAIR LABOR STANDARDS ACT

I hereby consent to be a plaintiff in the case named *Brandon Salus, Alan Felix Ipanaque Cordova, and Brandon Ruckdashel v. TSE Group LLC d/b/a B.B. King Blues Club and Grill and Tsion Bensusan, Index No. 07cv03142-GBD-DCF*. I hereby consent to the bringing of any claims I may have under the Fair Labor Standards Act against the defendants. I authorize the law firm of Joseph & Herzfeld, LLP, its successors and assigns, to represent me in this case. I understand that I may choose, instead, to retain an attorney of my own choosing to represent me, but that if I do so, my attorney must file an "opt-in" consent form with the Court.

By signing and returning this consent to sue, I certify that I currently work, or I worked, at B.B. King Blues Club and Grill as a Server within three years of the date of the issuance of this notice.

By signing and returning this consent to sue, I understand that, if accepted for representation, I will be represented by the law firm of Joseph & Herzfeld, LLP without prepayment of costs and attorney's fees. I understand that if the plaintiffs are successful, costs expended by attorneys on my behalf will be deducted from my settlement or judgment. I understand that the attorneys may petition the court for an award of fees and costs to be paid by defendants on my behalf.

Dated: _____

Signature: _____

Name: _____

Address: _____

e-mail: _____

Phone: _____