# JOSEPH & HERZFELD LLP
Attorneys at Law

Charles Joseph
Diane Hester
Michael D. Palmer
D. Maimon Kirschenbaum
Brian F. Fredericks

Of counsel:
Andrew Dwyer*
*Also admitted in New Jersey

757 Third Avenue, 25th Floor
New York, NY 10017
Phone: (212) 688-5640
Fax: (212) 688-2548
www.jhllp.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: .
DATE FILED: 8/1/07

**SO ORDERED**

*George B. Daniels*

HON. GEORGE B. DANIELS

AUG 1 2007

**VIA FACSIMILE**
(212) 805-6737

The Honorable George B. Daniels
United States District Judge
United States District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 630
New York, New York 10007

Re:  **Salus et al. v. TSE Group, LLC et al.**
     **Civil Action No.: 07 Civ. 03142 (GBD)(DCF)**

Dear Judge Daniels:

We represent Plaintiffs in the above-captioned matter. Both parties consent to the relief requested herein.

During the parties' July 17, 2007 preliminary conference before the Court, the parties discussed the possibility of mediating plaintiffs' claims. The Court instructed the parties to further discuss such possibility and provide the Court with a status update by the end of July. Please be advised that the parties have scheduled a private mediation session on August 29, 2007. Accordingly, the parties respectfully request that the Court stay the instant matter, including plaintiffs' Motion for Conditional Collective Certification, Court Facilitation of Notice Pursuant to 29 U.S.C. §216(b) and A Protective Order ("Motion").

The parties shall notify the Court no later than August 31, 2007 regarding the outcome of the mediation. If the mediation is unsuccessful, the parties will then request that the Court schedule a date by which plaintiffs are to submit their reply in further support of their Motion.

Thank you for your attention to this matter.

Respectfully submitted,

JOSEPH & HERZFELD LLP

D. Maimon Kirschenbaum (DK-2338)

cc: The Honorable Debra C. Freeman
Jonathan Stoller, Esq.