# CONSENT TO SUE UNDER
# FEDERAL FAIR LABOR STANDARDS ACT

I am an employee currently or formerly employed by TSE Group LLC, B.B. King Bar and Grill and/or related entities. I consent to be a plaintiff in an action to collect unpaid wages. I agree that I am bound by the terms of the Professional Services Agreement signed by the named plaintiffs in this case.

AMY WILLIAMS
Full Legal Name (Print)

*Amy Williams*
Signature

8/8/07
Date