# CONSENT TO SUE UNDER
# FEDERAL FAIR LABOR STANDARDS ACT

    I am an employee currently or formerly employed by TSE Group LLC, B.B. King Bar and Grill and/or related entities. I consent to be a plaintiff in an action to collect unpaid wages. I agree that I am bound by the terms of the Professional Services Agreement signed by the named plaintiffs in this case.

EVANS PATRICK WHITE
_____
Full Legal Name (Print)

_[signature]_
_____
Signature

8/27/07
_____
Date