# JOSEPH & HERZFELD LLP
Attorneys at Law

Charles Joseph
Diane Hester
Michael D. Palmer
D. Maimon Kirschenbaum
Brian F. Fredericks

Of counsel:
Andrew Dwyer*
*Also admitted in New Jersey

757 Third Avenue, 25th Floor
New York, NY 10017
Phone: (212) 688-5640
Fax: (212) 688-2548
www.jhllp.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: SEP 1 9 2007

The Honorable George B. Daniels
United States District Judge
United States District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 630
New York, New York 10007

**Re:   Salus et al. v. TSE Group, LLC et al.**
**Civil Action No.: 07 Civ. 03142 (GBD)(DCF)**

Dear Judge Daniels:

We represent Plaintiffs in the above-captioned matter. I write on behalf of all Parties.

On August 1, 2007 the Court stayed this case, including Plaintiffs' Motion for Conditional Certification, pending the outcome of private mediation. The Parties attended mediation on August 29, 2007, and have reached a resolution in principle of this matter. The Parties respectfully request that (a) the Court continue the stay of this matter until the Court determines the fairness of the settlement, and (b) the Parties shall have until October 15, 2007 to submit the details of the settlement to the Court.

Thank you for your attention to this matter.

Respectfully submitted,

JOSEPH & HERZFELD LLP

D. Maimon Kirschenbaum (DK-2338)

SO ORDERED

*George B. Daniels*
Hon. George B. Daniels   SEP 1 9 2007

cc:   Jonathan Stoler, Esq.