# HellerEhrman



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: **OCT 1 8 2007**

October 11, 2007

Jonathan Stoler
Jonathan.Stoler@hellerehrman.com
Direct +1 (212) 847-8814
Main +1 (212) 832-8300
Fax +1 (212) 763-7600

The Honorable George B. Daniels
United States District Judge
United States District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 630
New York, New York 10007

**SO ORDERED**

*George B. Daniels*
HON. GEORGE B. DANIELS

OCT 1 5 2007

Re:   Salus et al. v. TSE Group, LLC et al.
      Civil Action No.: 07 Civ. 03142 (GBD)(DCF)

Dear Judge Daniels:

We represent the defendants, TSE Group LLC d/b/a B.B. King Blues Club and Grill and Tsion Bensusan in the above-referenced matter and write with the consent of Plaintiffs' counsel.

We write as a follow-up to the letter of Plaintiffs' counsel to Your Honor on September 18, 2007. As set forth in their September 18th letter, the parties have reached a resolution in principle in this case. The parties continue to work on the documents necessary to finalize the settlement. In that connection, we respectfully request that the parties' deadline to submit such documents to the Court be extended to November 5, 2007.

Thank you for your attention to this matter.

Respectfully submitted,

Jonathan Stoler

cc:   Maimon Kirschenbaum, Esq.

Heller Ehrman LLP   Times Square Tower   7 Times Square   New York, NY 10036-6524   www.hellerehrman.com

Beijing   Hong Kong   London   Los Angeles   Madison, WI   New York   San Diego   San Francisco   Seattle/Anchorage   Silicon Valley   Singapore   Washington, D.C.