| | |
|---|---|
| D. Maimon Kirschenbaum (DK-2338) | Eric B. Kingsley* |
| Charles E. Joseph (CJ-9442) | Kingsley & Kingsley |
| JOSEPH & HERZFELD LLP | 16133 Venture Blvd., Suite 1200 |
| 757 Third Avenue | Encino, CA 91436 |
| 25th Floor | Tel. (818) 990-8300 |
| New York, NY 10017 | Fax (818) 990-2903 |
| Tel: (212) 688-5640 | * Seeking Admission *Pro Hac Vice* |
| Fax: (212) 688-2548 | |

*Attorneys for Plaintiffs and proposed collective action and class action members*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
BRANDON SALUS, ALAN FELIX
IPANAQUE CORDOVA, and BRANDON
RUCKDASHEL on behalf of themselves and
others similarly situated,

                 **Plaintiffs,**

    v.

**TSE GROUP LLC d/b/a B.B. KING BLUES
CLUB AND GRILL and TSION
BENSUSAN**

                 **Defendants.**
---------------------------------------------------------x

INDEX NO: 07cv03142-GBD-DCF

NOTICE OF MOTION

       PLEASE TAKE NOTICE that upon the accompanying Motion together with the Settlement Agreement and all agreements attached thereto, the undersigned will and hereby do move this Court before the Honorable George B. Daniels, United States District Court, Southern District of New York, 500 Pearl Street, New York, NY 10007, on a date to be determined by the Court or as soon thereafter as counsel may be heard for

an order preliminarily approving the class action settlement agreement and notice to the class.

Dated: December 21, 2007
      New York, New York

                                            JOSEPH & HERZFELD LLP

                                            /s/ D. Maimon Kirschenbaum
                                            By:    D. Maimon Kirschenbaum (DK-2338)
                                                          Charles E. Joseph (CJ-9442)

                                            757 Third Avenue, 25th Floor
                                            New York, New York 10017
                                            (212) 688-5640
                                            (212) 688-2548 (fax)