# JOSEPH & HERZFELD LLP
## ATTORNEYS

**VIA FACSIMILE**
(212) 805-6737

The Honorable George B. Daniels
United States District Judge
United States District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 630
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 20 2008

**Re:   Salus et al. v. TSE Group, LLC et al.**
**Civil Action No.: 07 Civ. 03142 (GBD)(DCF)**

Dear Judge Daniels:

We represent Plaintiffs in the above-captioned matter, which was resolved by the parties, pending the Court's final approval. A fairness hearing is scheduled for April 3, 2008.

Section 3.6 of the Stipulation of Settlement (filed with the Court on December 21, 2007) provides that within 20 days following the fairness hearing, Plaintiffs' counsel will move for final approval of the settlement. Based on further analysis of the class action procedure relevant to this matter, we believe it to be more prudent for Plaintiffs to move for final approval prior to the fairness hearing, so that the details of Plaintiffs' motion can be properly considered by the Court at the fairness hearing. Accordingly, Plaintiffs respectfully request that they be allowed to make such motion to the Court on or before March 31, 2008 (as the opt-out period for a majority of the Class Members ends shortly before then.) Defendants do not oppose this request.

Thanks for your attention to this matter.

Respectfully submitted,

JOSEPH & HERZFELD LLP

D. Maimon Kirschenbaum (DK-2338)

MAR 20 2008

HON. GEORGE B. DANIELS

cc:   Jonathan Stoler, Esq. (via email)

757 Third Avenue • 25th Floor • New York, New York • 10017
Phone: 212-688-5640 • Fax: 212-688-2548