| | |
|---|---|
| D. Maimon Kirschenbaum (DK-2338) <br> Charles E. Joseph (CJ-9442) <br> JOSEPH & HERZFELD LLP <br> 757 Third Avenue <br> 25th Floor <br> New York, NY 10017 <br> Tel: (212) 688-5640 <br> Fax: (212) 688-2548 | Eric B. Kingsley* <br> Kingsley & Kingsley <br> 16133 Venture Blvd., Suite 1200 <br> Encino, CA 91436 <br> Tel. (818) 990-8300 <br> Fax (818) 990-2903 <br> * Seeking Admission *Pro Hac Vice* |

*Attorneys for Plaintiffs and proposed*
*collective action and class action members*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x

| | |
|---|---|
| BRANDON SALUS, ALAN FELIX IPANAQUE CORDOVA, and BRANDON RUCKDASHEL on behalf of themselves and others similarly situated, | INDEX NO: 07cv03142-GBD-DCF <br><br> **NOTICE OF MOTION** |

            **Plaintiffs,**

        v.

**TSE GROUP LLC d/b/a B.B. KING BLUES**
**CLUB AND GRILL and TSION**
**BENSUSAN**

           **Defendants.**
-----------------------------------------------------------x

### NOTICE OF MOTION BY PLAINTIFFS FOR CERTIFICATION OF A SETTLEMENT CLASS AND FINAL APPROVAL OF A CLASS ACTION SETTLEMENT

    Please take notice that, upon the annexed memorandum of law and attachments thereto, Plaintiffs will move this court, before the Honorable George B. Daniels, pursuant to Rule 23 of the Federal Rules of Civil Procedure, on April 3, 2008 at 2:00 p.m., for an order (1) granting final approval of a class action settlement, (2) certifying the settlement

class, (3) awarding Class Counsel's attorneys' fees and costs, and (4) granting such other,

further, or different relief as the Court deems just and proper.

Dated: March 31, 2008
      New York, New York

                                    JOSEPH & HERZFELD LLP


                                    /s/ D. Maimon Kirschenbaum____
                                    By:   D. Maimon Kirschenbaum (DK-2338)
                                              Charles E. Joseph (CJ-9442)

                                    757 Third Avenue, 25th Floor
                                    New York, New York 10017
                                    (212) 688-5640
                                    (212) 688-2548 (fax)