SDNY
[stamp, partially illegible]
APR 0 3 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
BRANDON SALUS, ALAN FELIX
IPANAQUE CORDOVA, and BRANDON      INDEX NO: 07cv03142-GBD-DCF
RUCKDASHEL on behalf of themselves and
others similarly situated,

                       Plaintiffs,

         v.

TSE GROUP LLC d/b/a B.B. KING BLUES
CLUB AND GRILL and TSION
BENSUSAN

                  Defendants.
-------------------------------------------------------X

## [PROPOSED] FINAL JUDGMENT AND ORDER GRANTING PLAINTIFFS' MOTION FOR FINAL APPROVAL OF SETTLEMENT AND CERTIFICATION OF SETTLEMENT CLASS

The Settlement Agreement dated December 21, 2007 (the "Settlement Agreement") between the Class Representatives, individual Plaintiffs, and Defendants provides for the Settlement of this lawsuit on behalf of the Class Representatives, the Class Members and the Individual Plaintiffs, subject to the approval by this Court of its terms and to the entry of this Final Judgment. Pursuant to an Order dated January 23, 2008 ("Preliminary Approval Order"), the Court scheduled a hearing (the "Fairness Hearing") to consider the approval of the Settlement Agreement and the Settlement reflected in it.

Defendants deny any wrongdoing, fault, violation of law, or liability for damages of any sort. Defendants have to the certification of this class for settlement purposes only.

In accordance with the Preliminary Approval Order, Notices were sent by 1st class mail to the Class Members and an affirmation of mailing of the Notices has been filed with the Court, demonstrating compliance with this Court's order regarding Notice.

A Fairness Hearing was held before this Court on April 3, 2008 to consider among other things, whether the Settlement should be approved by this Court as fair, reasonable, and adequate, and whether Class Counsel's request for approval of attorney's fees and expenses is reasonable and should be approved by this Court.

**NOW THEREFORE GOOD CAUSE APPEARING, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1. This Order incorporates by reference the definitions in the Settlement Agreement, and all capitalized terms used in this Final Judgment shall have the same meanings as set forth in the Settlement Agreement, unless otherwise defined herein.

2. The Court finds that the class proposed only for purposes of the Settlement meets the requirements of Fed. R. Civ. P. 23 (3) (b), and hereby certifies a settlement class in the Litigation as follows:

> **"Class"** shall mean the class of persons employed by Defendants as servers at any time between April 19, 2001 and the date of Preliminary Approval.

3. This Court approves the Settlement and all terms set forth in the Settlement Agreement and finds that the Settlement is, in all respects, fair, reasonable, adequate and in the best interest of the Class Members, and the Parties to the Agreement are directed to consummate and perform its terms.

4.  The entire Litigation is dismissed with prejudice, and without costs to any party.

5.  The Parties having so agreed, good cause appearing, and there being no just reason for delay, it is expressly directed that this Final Judgment and Order Approving Class Action Settlement and Dismissal with Prejudice be, and hereby is, entered as a final order.

Dated: April __3__, 2008
       New York, New York

                                  _/s/ George B. Daniels_
                                  HONORABLE GEORGE B. DANIELS
                                  UNITED STATES DISTRICT JUDGE